IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| UNITED STATES OF AMERICA, | ) | No. 22-CR-2020 |
|---|---|---|
| Plaintiff, | ) | **INDICTMENT** |
| vs. | ) | Count 1 |
| | ) | 18 U.S.C. § 922(g)(3): Possession of a Firearm by a Drug User |
| ADARIS HAWKINS, | ) | |
| Defendant. | ) | Count 2 |
| | ) | 18 U.S.C. § 924(a)(6): False Statement During Purchase of Firearm |
| | ) | Counts 3-4 |
| | ) | 18 U.S.C. § 924(a)(1)(A): False Statement During Purchase of Firearm |
| | ) | Forfeiture |

The Grand Jury charges:

## Count 1

### Possession of a Firearm by a Drug User

On or about December 6, 2021, in the Northern District of Iowa, defendant ADARIS HAWKINS, knowing he was then an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, namely marijuana, knowingly possessed a firearm, specifically, a Glock G19 pistol, and the firearm was in and affecting commerce.

This was in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

1

## Count 2

**False Statement During Purchase of a Firearm**

On or about October 22, 2021, in the Northern District of Iowa, defendant ADARIS HAWKINS, in connection with his acquisition of a firearm, a Glock Model G17, 9mm pistol, from FFL#1, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to FFL#1, which statement was intended and likely to deceive FFL#1, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that the firearm he was purchasing was for himself, when in fact defendant purchased the firearm on behalf of another person.

This was in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## Count 3

**False Statement During Purchase of a Firearm**

On or about October 22, 2021, in the Northern District of Iowa, defendant ADARIS HAWKINS, in connection with his acquisition of a firearm, a Glock Model G26 9mm pistol, knowingly made false statements and representations to FFL#1, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of FFL#1, in that the defendant

represented he was not an unlawful user of marijuana, when in fact defendant was an unlawful user of marijuana.

This was in violation of Title 18, United States Code, Section 924(a)(1)(A).

## Count 4

### False Statement During Purchase of a Firearm

On or about February 8, 2022, in the Northern District of Iowa, defendant ADARIS HAWKINS, in connection with his acquisition of a firearm, a Glock Model 17, 9mm pistol, knowingly made false statements and representations to FFL#1, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of FFL#1, in that the defendant represented he was the actual transfer/buyer of the firearm, when in fact defendant was acquiring the firearm on behalf of another person.

This was in violation of Title 18, United States Code, Section 924(a)(1)(A).

### Forfeiture Allegation

By virtue of having committed the acts specified in this Indictment, defendant ADARIS HAWKINS shall forfeit to the United States any firearm and ammunition involved in or used in the knowing violation of Title 18, United States Code, Sections 922(g)(3), 922(a)(6), and 924(a)(1)(A), including but not limited to the firearms listed above.

This is pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

s/ Foreperson
_____  4/13/22
Grand Jury Foreperson       Date

TIMOTHY T. DUAX
Acting United States Attorney

By: *[signature]*

LISA C. WILLIAMS
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 4/13/2022
PAUL DE YOUNG, CLERK

4